# AFFIDAVIT OF SERVICE

Index #: __08 CIV 3947 CLB)__
Date Purchased: __April 28, 2008__
Date Filed: _____
Court Date: _____

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK
COUNTY

ATTORNEY(S): Joseph N. Cordaro AUSA :   U.S. Attorney's Office - SDNY    PH: 212-637-2745
ADDRESS: 86 Chambers Street  New York  N.Y.  10007    File No.:

*UNITED STATES OF AMERICA,*
*vs.*
*ESTATE OF MARILYN A. CALANGELO, et al.,*

*Plaintiff(s)/Petitioner(s)*

*Defendant(s)/Respondent(s)*

STATE OF __New York__, COUNTY OF __Onondaga__   SS.:
__Richard J. Rickert__, being duly sworn deposes and says:
Deponent is not a party herein, is over 18 years of age. On __5-5-2008__ at __6:54 PM__
at __160 Hood Avenue, Syracuse, NY 13208__, deponent served the within
__Summons In A Civil Case, Complaint, Judge's Rules and Electronic Case Filing Notice__
with Index Number __08 CIV 3947 CLB)__, and Date Purchased __April 28, 2008__ endorsed thereon,
on:    __Estate of Marilyn A. Calangelo c/o Anthony Calangelo__,  __Defendant__ therein named.

#1 INDIVIDUAL [X]   By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

2 CORPORATION [ ]  By delivering to and leaving with _____ and that deponent knew the person so served to be Managing Agent of the corporation, and authorized to accept service on behalf of the corporation.

*Service was made in the following manner after your deponent was unable, with due diligence, to serve the witness/defendant in person, and an attempt to locate the defendant's place of employment.*

#3 SUITABLE AGE PERSON [ ]  By delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business   [ ] dwelling house (usual place of abode) within the state.

#4 AFFIXING TO DOOR [ ]  By affixing a true copy of each to the door of said premises, which is recipient's:  [ ] actual place of business  [ ] dwelling house (place of abode) within the state.

#5 MAIL COPY [ ]  On _____, deponent completed service under the last two sections by depositing a copy of the _____ to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of _____ Certified Mail No. _____

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____

#6 NON-SRVC [ ]  After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following:  [ ] Unknown at Address   [ ] Evading   [ ] Moved left no forwarding   [ ] Address does not exist   [ ] Other: _____

#7 DESCRIPTION [X] (use with #1, 2 or 3)  A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex __Male__   Color of skin __White__   Color of hair __Brown__   Age __30__   Height __5'7"__
Weight __160__   Other Features: __Goatee + Mustache__

#8 WIT. FEES [ ]   the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

9 MILITARY SRVC [X]  Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or of the State of _____ and was informed that recipient was not. Recipient wore ordinary civilian clothes and no military uniform.

#10 OTHER [ ] _____

Sworn to before me on this __6__ day of __May__ __2008__

X _____ (Notary signature)

Process Server
X __Richard J. Rickert__
Please Print Name Below Signature
__Richard J. Rickert__

Invoice•Work Order # 0817805

*Capital Process Servers, Inc. 265 Post Avenue Suite 150, Westbury, NY 11590 -Tel 516-333-6380 • Fax 516-333-6382*

A1

JUDGE BRIEANT       ORIGINAL

AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

_____ SOUTHERN _____ DISTRICT OF _____ NEW YORK _____

United States of America

                                                        **SUMMONS IN A CIVIL CASE**

V.

                                        CASE NUMBER: 08 CIV 3947

Estate of Marilyn A. Calangelo, Sullivan County
Department of Family Services, Catskill Regional
Medical Center, John Does Nos. 1-10 and Jane
Does Nos. 1-10

      TO: (Name and address of defendant)

      Estate of Marilyn A. Calangelo
      c/o Anthony Calangelo
      160 Hood Avenue
      Syracuse, NY 13208

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

      Michael J. Garcia
      United States Attorney for the Southern District of New York
      By: Joseph N. Cordaro, Assistant United States Attorney
      86 Chambers Street, 3rd Floor
      New York, NY 10007

an answer to the complaint which is herewith served upon you, within _____ 30 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                        APR 2 8 2008

CLERK                                               DATE

(BY) DEPUTY CLERK