| | |
|---|---|
| US DISTRICT COURT  OF THE SOUTHERN DISTRICT OF NEW YORK  COUNTY OF | **AFFIDAVIT OF SERVICE**  ATTORNEY: CAPITAL PROCESS  FF/INDEX #: 08 CIV 3947 (CLB  DATE FILED:  DOCKET #: |

UNITED STATES OF AMERICA

Plaintiff(s)/Petitioners(s)

- AGAINST -

ESTATE OF MARILYN A. CALANGELO, ET AL.

Defendants(s)/Respondent(s)

COURT D/T:
AMOUNT:

**STATE OF NEW YORK COUNTY OF ORANGE ss:**

THE UNDERSIGNED DEPONENT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 5/6/08 at 1:50 PM at 68 HARRIS BUSHVILLE ROAD, HARRIS, NY 12742

deponent served the within **SUMMONS IN A CIVIL CASE, COMPLAINT, JUDGE'S RULES & PROCEDURE AND GUIDELINES FOR ELECTRONIC CASE FILING**

on **CATSKILL REGIONAL MEDICAL CENTER**                                                                   therein named

**CORPORATION** ☑ By delivering to and leaving with **PATRICIA DEVOE** and that he knew the person so served to be the **GENERAL AGENT** of the corporation, and authorized to accept service.

☐ AND AT THE SAME TIME PAYING IN ADVANCE                           THE AUTHORIZED FEE

**DESCRIPTION**  Deponent describes the individual served as follows:

FEMALE    WHITE SKIN    BLOND HAIR    35-45 YRS.    5'7"-5'8"    150-170 LBS.

Other identifying features:

Sworn to before me on: 5/7/08

*[signature]*
JULIO PERILLA

JOHN GOULD
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISION EXPIRES JULY 15, 20__
01G05013764

JOANN JOHNSON
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISION EXPIRES AUGUST 15, 20 _10_
01J05031856

KATHLEEN GOULD
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISION EXPIRES NOVEMBER 30, 20__
4632958

A2



JUDGE BRIEANT

**ORIGINAL**

AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

__SOUTHERN__ DISTRICT OF __NEW YORK__

United States of America

                                                       **SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: **08 CIV 3947**

Estate of Marilyn A. Calangelo, Sullivan County Department of Family Services, Catskill Regional Medical Center, John Does Nos. 1-10 and Jane Does Nos. 1-10

TO: (Name and address of defendant)

Catskill Regional Medical Center
68 Harris Bushville Road
Harris, NY 12742

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael J. Garcia
United States Attorney for the Southern District of New York
By: Joseph N. Cordaro, Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, NY 10007

an answer to the complaint which is herewith served upon you, within _____30_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**                                                                  APR 28 2008

CLERK                                                                                             DATE

*[signature]*

(BY) DEPUTY CLERK