| | | |
|---|---|---|
| US DISTRICT COURT   OF THE SOUTHERN DISTRICT OF NEW YORK | | **AFFIDAVIT OF SERVICE** |
| COUNTY OF | | ATTORNEY: CAPITAL PROCESS |
| UNITED STATES OF AMERICA | | FF/INDEX #:  08 CIV 3947 (CLB |
| | | DATE FILED: |
| | | DOCKET #: |

Plaintiff(s)/Petitioners(s)

- AGAINST -

ESTATE OF MARILYN A. CALANGELO, ET AL.

Defendants(s)/Respondent(s)

COURT D/T:
AMOUNT:

**STATE OF NEW YORK COUNTY OF ORANGE ss:**

THE UNDERSIGNED DEPONENT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on **5/6/08** at **12:45 PM** at **16 COMMUNITY LANE, LIBERTY, NY 12754**

deponent served the within **SUMMONS IN A CIVIL CASE, COMPLAINT, JUDGE'S RULES & PROCEDURE AND GUIDELINES FOR ELECTRONIC CASE FILING**

on **SULLIVAN COUNTY DEPARTMENT OF FAMILY SERVICES**                                                    therein named

**CORPORATION**  ☑  By delivering to and leaving with **WENDY ADAMS** so served to be the **GENERAL AGENT**                and that he knew the person of the corporation, and authorized to accept service.

☐ AND AT THE SAME TIME PAYING IN ADVANCE         THE AUTHORIZED FEE

**DESCRIPTION**   Deponent describes the individual served as follows:

**FEMALE    WHITE SKIN    BROWN HAIR    55-65 YRS.    5'3"-5'4"    140-160 LBS.**

Other identifying features:

Sworn to before me on: **5/7/08**

_JULIO PERILLA_

JOHN GOULD
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISION EXPIRES JULY 15, 20___
01G05013764

JOANN JOHNSON
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISION EXPIRES AUGUST 15, 20_10_
01J05031856

KATHLEEN GOULD
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISION EXPIRES NOVEMBER 30, 20___
4632958

A3

AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

ORIGINAL

# United States District Court

SOUTHERN DISTRICT OF NEW YORK

United States of America

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

Estate of Marilyn A. Calangelo, Sullivan County Department of Family Services, Catskill Regional Medical Center, John Does Nos. 1-10 and Jane Does Nos. 1-10

08 CIV 3947

TO: (Name and address of defendant)

Sullivan County Department of Family Services
16 Community Lane
Liberty, NY 12754

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael J. Garcia
United States Attorney for the Southern District of New York
By: Joseph N. Cordaro, Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, NY 10007

an answer to the complaint which is herewith served upon you, within _____30_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(BY) DEPUTY CLERK

DATE  APR 2 8 2008

S3