

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, Third Floor*
*New York, New York 10007*

June 1[...]  **MEMO ENDORSED**

**BY FACSIMILE (914) 390-4085**
The Honorable Charles L. Brieant
United States District Court
Southern District of New York
300 Quarropas Street, Room 275
White Plains, New York 10601

*Application Granted –*
*So Ordered*
*Charles L. Brieant*
*6/23/08   USDJ*

Re: United States v. Estate of Calangelo, et al., 08 Civ. 3947 (CLB)

Dear Judge Brieant:

This office represents the Government in the above-titled foreclosure action. At present, an initial conference is scheduled for June 27, 2008, at 9:30 a.m. The Government respectfully requests an adjournment of this conference to September 26, 2008, in order to permit time for a possible resolution of this matter. This is the Government's first request for such an extension.

Thank you for your consideration.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: _____
JOSEPH N. CORDARO
Assistant United States Attorney
Telephone: (212) 637-2745
Facsimile: (212) 637-2686
Email: joseph.cordaro@usdoj.gov

cc:    Anthony Calangelo (by Federal Express)
       160 Hood Avenue
       Syracuse, New York 13208

       Colleen M. Cunningham (by Federal Express)
       Sullivan County Department of Family Services
       Government Center
       Monticello, New York 12701

       Catskill Regional Center (by Federal Express)
       68 Harris Bushville Road
       Harris, New York 12742