Cunningham
Commissioner

Colleen Cunningham
Sr. Family Services Attorney

Michael C. Ross
Maria Heller
G. Rosenstein
Department Attorneys



Government Center
Monticello, N. Y. 12701
845-794-3000 ext. 3645
FAX No. 845-796-1099

## SULLIVAN COUNTY
## DEPARTMENT OF FAMILY SERVICES
## LEGAL DEPARTMENT

June 23, 2008

The Honorable Charles L. Brieant
United States District Court
Southern District of New York
300 Quarropas Street, Room 275
White Plains, N.Y.   10601

> Re: United States of America v. Estate of Marilyn
> Calangelo, Sullivan County DFS, Catskill Regional
> Medical Center, John Does Nos. 1-10 and
> Jane Does Nos. 1-10, 08 CV 3947 (CLB)(GAY)

Dear Judge Brieant:

I am the attorney for the Sullivan County Department of Family Services.  The Department is named as a Defendant in this action as it had filed an estate claim against the Estate of Marilyn Calangelo.

I am in receipt of a letter dated June 19, 2008 from the Assistant U.S. Attorney requesting an adjournment of the June 27, 2008 conference.  Please be advised that the Department of Family Services consents to the adjournment.

Very truly yours,

Colleen M. Cunningham
Sr. Family Services Attorney

Joseph N. Cordaro, Esq.

SULLIVAN COUNTY IS AN AFFIRMATIVE ACTION, EQUAL OPPORTUNITY EMPLOYER