UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                Plaintiff,

Case No. 08-CV- 3947-CLB

against

NOTICE OF APPEARANCE
AND WAIVER IN
FORECLOSURE

ESTATE OF MARILYN A. CALANGELO,
SULLIVAN COUNTY DEPARTMENT OF
FAMILY SERVICES, CATSKILL REGIONAL
MEDICAL CENTER, JOHN DOES NOS. 1-10,
and JANE DOES NOS. 1-10,

                Defendants.
_____

S I R S:

    **PLEASE TAKE NOTICE,** that the Defendant Estate of Marilyn A. Calangelo, hereby appears in the above entitled action and that the undersigned has been retained as attorney for said defendant and hereby waives service of all papers and notices of all proceedings in the above-entitled action except notice of application of discontinuance, copy of Order of Reference to Compute, copy of Referee's Oath and Report of Amount Due, copy of Judgment of Foreclosure and Sale, Notice of Sale, Referee's Report of Sale and notice of proceedings for surplus monies.

**DATED:**    June 26, 2008                                **COSTELLO, COONEY & FEARON, PLLC**

                                                                By:   _____
                                                             Anthony R. Hanley, Esq.
                                                    **Attorneys for Defendant,**
                                                    **Estate of Marilyn A. Calangelo**
                                                    **Office and Post Office Address**
                                                    **Salina Place**
                                                    **205 South Salina Street**
                                                    **Syracuse, New York  13202-1327**
                                                    **Telephone:  (315) 422-1152**

<u>MATRIX MAILING LIST ADDITION</u>:
Anthony R. Hanley, Esq.
Costello, Cooney & Fearon, PLLC
Salina Place
205 South Salina Street
Syracuse, New York  13202-1327