```
MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: JOSEPH N. CORDARO
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone:  (212) 637-2745
Facsimile:  (212) 637-2686
Email: joseph.cordaro@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
                                    :       ECF CASE
UNITED STATES OF AMERICA,           :
                                    :
          Plaintiff,                :
                                    :
     v.                             :       08 Civ. 3947 (CLB)
                                    :
ESTATE OF MARILYN A. CALANGELO,     :
SULLIVAN COUNTY DEPARTMENT OF       :
FAMILY SERVICES, CATSKILL REGIONAL  :
MEDICAL CENTER, JOHN DOES NOS.      :
1-10 and JANE DOES NOS. 1-10,       :
                                    :
          Defendants.               :
                                    :
- - - - - - - - - - - - - - - - - -x
```

**NOTICE OF DISMISSAL AS TO DEFENDANT**
**SULLIVAN COUNTY DEPARTMENT OF FAMILY SERVICES**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff the United States of America hereby dismisses all claims asserted in this action against defendant Sullivan County Department of Family Services and against that defendant only.

    This action remains pending and is not dismissed as to any other defendant.

Dated:    New York, New York
           July 11, 2008

                                      MICHAEL J. GARCIA
                                      United States Attorney
                                      Southern District of New York
                                      Attorney for the United States
                                      of America

                          By:    __s/ Joseph N. Cordaro____
                                      JOSEPH N. CORDARO
                                      Assistant United States Attorney
                                      86 Chambers Street, 3rd Floor
                                      New York, New York  10007
                                      Telephone: (212) 637-2745
                                      Facsimile: (212) 637-2686
                                      Email: joseph.cordaro@usdoj.gov