<u>CERTIFICATE OF SERVICE</u>

I, Joseph N. Cordaro, an Assistant United States Attorney for the Southern District of New York, hereby certify that on July 11, 2008, I caused the within NOTICE OF DISMISSAL AS TO DEFENDANT SULLIVAN COUNTY DEPARTMENT OF FAMILY SERVICES in the matter <u>United States of America v. Estate of Marilyn A. Calangelo, et al.,</u> 08 Civ. 3947 (CLB), to be served by First Class Mail upon the following:


      Anthony Robert Hanley, Esq.
      Costello Cooney & Fearon, PLLC
      205 South Salina Street
      Syracuse, New York 13202
      *Counsel for the Estate of Marilyn A. Calangelo*

      Colleen M. Cunningham
      Sullivan County Department of Family Services
      Government Center
      Monticello, New York 12701

      Catskill Regional Center
      68 Harris Bushville Road
      Harris, New York 12742


Dated: New York, New York
      July 11, 2008


                         s/ Joseph N. Cordaro
                    JOSEPH N. CORDARO
                    Assistant United States Attorney